

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAMON ALFREDO RODRIGUEZ, | § | No. 08-13-00078-CV |
| Appellant | § | Appeal from the |
| V. | § | 65th District Court |
| CARMEN RODRIGUEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2007CM6957) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF FEBRUARY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.